Louise F. Torok, Appellant, *v.* Teachers' Retirement Board, Respondent.

Argued April 28, 1942; decided May 28, 1942.

*Benjamin Solovay* for appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Henry J. Shields* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.